IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-50763
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RIGOBERTO ALTAMIRANO-LOPEZ, also
known as Ernesto Ochoa-Lopez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(EP-96-CR-49-ALL)
_____

August 31, 1998

Before REAVLEY, DAVIS and DUHÉ, Circuit Judges.

PER CURIAM:[*]

The district court's sentence of 70 months is affirmed.  The

order of this court on the prior appeal "for resentencing

consistent herewith" (114 F.3d 48, 50) did not restrict the

district court to a sentence without the enhancement.  It was to

resolve the uncertainty of the state judgment.  When this court

remands for resentencing, without expressly limiting the district

court, it is expected that the court will determine the proper

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sentence, hearing additional evidence if necessary. *See* <u>United States v. Marmolejo</u>, 139 F.3d 528 (5th Cir. 1998) and <u>United States v. Kinder</u>, 980 F.2d 961 (5th cir. 1992).

The district court's order incorrectly assessed $100 instead of $50 for the special assessment, a clerical error or inadvertent oversight. The cause is remanded for modification and correction.

JUDGMENT AFFIRMED AS MODIFIED. CAUSE REMANDED FOR CORRECTION.